JS 44C/SDNY
REV. 12/2005

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS: Mayra NUNEZ MARTINEZ

DEFENDANTS: Michael CHERTOFF

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
C. Mario Russell, Catholic Charities Community Services
1011 First Ave, 12th Fl, NY, NY 10022  Tel. 212.419.3771

ATTORNEYS (IF KNOWN)

07 CIV 7346

JUDGE DANIELS

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
8 U.S.C. 1447(b)
More than 120 days have elapsed since Plaintiff's naturalization examination on September 18, 2000

Has this or a similar case been previously filed in SDNY at any time? No [X]  Yes? [ ]  Judge Previously Assigned

If yes, was this case  Vol.[ ]  Invol.[ ]  Dismissed. No[ ] Yes [ ]  If yes, give date _____ & Case No. _____

RECEIVED AUG 17 2007 U.S.D.C. S.D.N.Y. CASHIERS

(PLACE AN [x] IN ONE BOX ONLY)   NATURE OF SUIT

ACTIONS UNDER STATUTES

**TORTS**

CONTRACT
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

PERSONAL INJURY
[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

PERSONAL INJURY
[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

PERSONAL PROPERTY
[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

FORFEITURE/PENALTY
[ ] 610 AGRICULTURE
[ ] 620 FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

LABOR
[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

BANKRUPTCY
[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

PROPERTY RIGHTS
[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

SOCIAL SECURITY
[ ] 861 MIA (1395FF)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC (405(g))
[ ] 863 DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

FEDERAL TAX SUITS
[ ] 870 TAXES
[ ] 871 IRS-THIRD PARTY 26 USC 7609

OTHER STATUTES
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE/ICC RATES/ETC
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/COMMODITIES/EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 891 AGRICULTURE ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES
[X] 890 OTHER STATUTORY ACTIONS

REAL PROPERTY
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

ACTIONS UNDER STATUTES

CIVIL RIGHTS
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES - OTHER
[ ] 440 OTHER CIVIL RIGHTS

PRISONER PETITIONS
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

Check if demanded in complaint:

____ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____  OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [X] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

| (PLACE AN x IN ONE BOX ONLY) | | ORIGIN | | | | |
|---|---|---|---|---|---|---|
| [X] 1 Original Proceeding | [ ] 2a. Removed from State Court  [ ] 2b. Removed from State Court AND at least one party is a pro se litigant | [ ] 3 Remanded from Appellate Court | [ ] 4 Reinstated or Reopened | [ ] 5 Transferred from (Specify District) | [ ] 6 Multidistrict Litigation | [ ] 7 Appeal to District Judge from Magistrate Judge Judgment |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | | IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441) |
|---|---|---|---|
| [ ] 1 U.S. PLAINTIFF  [X] 2 U.S. DEFENDANT | [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY) | [ ] 4 DIVERSITY | |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF DEF | | PTF DEF | | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 [ ]4 | FOREIGN NATION | [ ]6 [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Mayra Nunez Martinez
50 Sherwood Avenue
Yonkers, NY 10704

Westchester County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Michael Chertoff
Secretary of the Department of Homeland Security
425 Eye Street, NW
Washington, D.C. 20536

District of Columbia

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

N/A

Check one: THIS ACTION SHOULD BE ASSIGNED TO:  [ ] WHITE PLAINS   [X] FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

DATE 8/1/07   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
RECEIPT #   [ ] NO
[x] YES (DATE ADMITTED Mo. 08  Yr. 2003 )
Attorney Bar Code # CR4600

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAYRA NUNEZ MARTINEZ
A 29-061-357

        Petitioner,

   - against -

MICHAEL CHERTOFF, Secretary of
the Department of Homeland Security;
ANDREA J. QUARANTILLO, New York District Director
U.S. Citizenship and Immigration Services
ALBERTO GONZALES, Attorney General
of the United States;

        Respondents.
------------------------------------------------------------X

07 CIV 7346

PETITION FOR
HEARING ON
APPLICATION FOR
NATURALIZATION

JUDGE DANIELS


RECEIVED AUG 17 2007 U.S.D.C. S.D N.Y. CASHIERS

### PETITION FOR HEARING ON APPLICATION FOR NATURALIZATION

Petitioner, by her attorney, CATHOLIC CHARITIES COMMUNITY SERVICES, hereby alleges, upon information and belief, as follows:

1. Petitioner, MAYRA NUNEZ MARTINEZ, resides at 50 Sherwood Avenue, Yonkers, NY, 10704, which is within the Southern District of the United States District Court of New York. She is a lawful permanent resident of the United States, A file Number 29-061-357.

2. Respondents, hereinafter referred to in the person of MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ANDREA J. QUARANTILLO, New York District Director of the U.S. Citizenship and Immigration Services ("the Service"); and ALBERTO GONZALES, Attorney General of the United States, are

sued herein in their official capacities. Said Respondents are responsible for the grant or denial of naturalization applications filed within the New York District pursuant to 8 U.S.C. § 1421 et seq., 8 U.S.C. § 1427, 8 C.F.R. § 103.1 et seq., 8 C.F.R. § 310.2 et seq., and 8 C.F.R. § 316.3.

3. This Court has jurisdiction over this matter pursuant to 8 U.S.C. § 1447(b), 8 U.S.C. § 1421(c), and 8 C.F.R. § 310.5.

4. On or about April 17, 1997, Petitioner filed an Application for Naturalization with the Service. On or about September 18, 2000, Petitioner participated in a Service examination regarding said Application for Naturalization. She passed the English test and the U.S. history and government test.

5. On or about September 18, 2000, Petitioner was told in writing that a written decision would be sent to Petitioner.

6. To date, no written decision has been sent to Petitioner.

7. Since September 18, 2000, Petitioner has conducted due diligence in an effort to obtain a decision or status verification through multiple contacts with the Service.

8. As such, Petitioner has exhausted all available administrative remedies.

9. Accordingly, Respondents' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law.

10. Petitioner has been greatly damaged by the failure of Respondents to act in accord with their duties under the law.

11. Respondents are also in violation of the Administrative Procedures Act, 5 U.S.C. § 701 et seq., as they are unlawfully withholding or unreasonably delaying action on Petitioner's application, and have failed to carry out the adjudicative functions delegated by law with regard to Petitioner's case.

12. Petitioner respectfully prays that this Honorable Court set this matter for a hearing and determination on her Application for Naturalization, to review all evidence which the Court deems pertinent to the consideration of this application, and that this Court, being satisfied that Petitioner is eligible, qualified, and entitled as a matter of law to admission to citizenship in the United States of America, conducts a public ceremony and administer the Oath of Allegiance pursuant to 8 U.S.C. § 1448.

13. Petitioner further prays that this Court award her costs of this action, reasonable attorney's fees, and such other and further relief to which she may be justly entitled.

Dated: New York, New York
August 1, 2007

Respectfully submitted,
Catholic Charities Community Services
Immigration Legal Services
C. Mario Russell, Senior Staff Attorney
1011 First Avenue, Floor 12
New York, NY 10022
(212) 419-3771

_____
C. Mario Russell
CR4600

A COPY of the foregoing was MAILED this 17th day of August 2007, to:

Alberto Gonzales
Attorney General of the United States
United States Department Of Justice
10th St. N.W. and Constitution Avenue
Washington, DC 20530

Michael Chertoff
Secretary of the Department of Homeland Security
425 Eye Street, NW
Washington, DC 20536

Office of General Counsel
United States Department of Homeland Security
Washington, DC 20528

Andrea Quarantillo
District Director
United States Citizenship and Immigration Services
26 Federal Plaza
New York, NY 10278

United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007

# NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

DATE: 9/11/00

In re: MAYRA NUNEZ MARTINEZ

FILE No. 29 061 357

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

☒ Applicant
☐ Petitioner
☐ Beneficiary

NAME: MAYRA NUNEZ MARTINEZ
ADDRESS: 80 SCHOOL ST #3J, YONKERS, NY 10701

Check Applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
New York, Maryland, District of Columbia Courts of Appeal
and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____ the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain fully.)

SIGNATURE: [signature]

COMPLETE ADDRESS: Catholic Legal Immigration Network
C/o Catholic Charities-Immigrant & Refugee
1011 First Avenue, NYC, NY 10022

TELEPHONE NUMBER: (212)371-1000, Ext. 3275

NAME (Type or Print): C. Mario Russell, Esq.

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS: C. Mario Russell
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:

NAME OF PERSON CONSENTING: MAYRA NUNEZ MARTINEZ
SIGNATURE OF PERSON CONSENTING: [signature] Mayra Nunez
DATE:

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

Form G-28 (Rev.10-25-77)N       (OVER)       UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

```
TRANSMISSION VERIFICATION REPORT

                                    TIME   : 08/07/2007 16:18
                                    NAME   : CCCS-IMMIGRANT&REFUG
                                    FAX    : 2127513197
                                    TEL    : 2123713197
                                    SER.#  : BROE2J409745


DATE,TIME            08/07 16:14
FAX NO./NAME         912126372786
DURATION             00:03:55
PAGE(S)              12
RESULT               OK
MODE                 STANDARD
                     ECM
```

CATHOLIC CHARITIES
Archdiocese of New York

**Department of Immigrant and Refugee Services**
**Archdiocese of New York**

# Fax

| To: | James Loprest | From: | Mario Russell |
| Fax #: | 212 637 2786 | Pages: | 3 (including cover) |
| Phone #: | | Date: | 6/7/06 |
| Re: | Nunez-Martinez | CC: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

---

CONFIDENTIAL COMMUNICATION: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS CONFIDENTIAL AND IS OR MAY BE PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR REPRODUCTION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY CALLING OUR OFFICE.

DEPARTMENT OF IMMIGRANT AND REFUGEE SERVICES TEL:212-419-3700 FAX:212-751-3197



*Love in Action*

August 7, 2007

**FACSIMILE**
Mr. James Loprest, Esq.
Assistant United States Attorney
86 Chambers Street
New York, NY 10007

Re: Nunez Martinez, Mayra: A 29-061-357 (Applicant)
EAC-97-182-51161

Dear Mr. Loprest,

This office represents the above-referenced applicant. On or about April 17, 1997, Ms. Nunez filed a Form N-400, Application for Naturalization, with the United States Citizenship and Immigration Services (legacy Immigration and Naturalization Service). Afterwards, on September 18, 2000, Ms. Nunez was interviewed by District Adjudications Officer Alan Marsh and passed her exam.

To date – almost seven (7) years later – Ms. Nunez has yet to receive a notice of decision, swearing-in, or any other notice of action. On June 7, 2006 we sent a letter by facsimile requesting that you please advise USCIS to schedule Ms. Nunez for an oath-in ceremony or issue a decision in the matter (see attached). As we have not had a response from you in over one year, if an oath ceremony is not scheduled, or a decision is not issued within one week, that is, by August 14, 2007, we will be left with no other option but to initiate a petition for hearing or *mandamus* action in the Federal District Court.

If you have any questions, please contact me at 212.419.3771.

Sincerely,

C. Mario Russell
Senior Attorney

Alexandra Fung
Student Attorney
Catholic Charities Community Services

DEPARTMENT OF IMMIGRANT AND REFUGEE SERVICES
1011 FIRST AVENUE, NEW YORK, NY 10022-4134  212 419-3700  FAX 212 751-3197

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME    : 06/07/2006 13:22
                                              NAME    : CCCS-IMMIGRANT&REFUG
                                              FAX     : 2127513197
                                              TEL     : 2123713197
                                              SER. #  : BROE2J409745


    DATE,TIME                    06/07 13:21
    FAX NO./NAME                 912126372786
    DURATION                     00:00:51
    PAGE(S)                      03
    RESULT                       OK
    MODE                         STANDARD
                                 ECM
```



**Department of Immigrant and Refugee Services Archdiocese of New York**

# Fax

| To: | James Loprest, AUSA | From: | C. Mario Russell, Esq. |
|---|---|---|---|
| Fax # | (212) 637-2786 | Pages: | 12 pages (including cover page) |
| Phone # | | Date: | August 7, 2007 |
| Re: | NUNEZ, Mayra<br>A 29-061-357<br>EAC-97-182-51161 | CC: | |

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Mr. Loprest,

Please find a letter concerning the seven (7) year delay in adjudicating Ms. Nunez's Form N-400, Application for Naturalization, and related documents. Feel free to contact me with any questions or concerns in regard to this matter.

CONFIDENTIAL COMMUNICATION: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS CONFIDENTIAL AND IS OR MAY BE PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR REPRODUCTION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY CALLING OUR OFFICE.

DEPARTMENT OF IMMIGRANT AND REFUGEE SERVICES TEL:212-419-3700 FAX:212-751-3197

**Catholic Charities**
*Archdiocese of New York*

*Love in Action*

Catholic Charities Community Services
1011 First Avenue
New York, NY 10022
212.371.1000
www.catholiccharitiesny.org

June 7, 2006

FACSIMILE
Mr. James Loprest, Esq.
Assistant United States Attorney
86 Chambers Street
New York, NY 10007

Re: Nunez-Martinez, Mayra: A 29 061 357 (Applicant)
EAC-97-182-51161

Dear Mr. Loprest:

This office represents the above-referenced Applicant. On April 17, 1997, an Application for Naturalization was received by the United States Citizenship and Immigration Services (legacy Immigration and Naturalization Service). On September 18, 2000, Ms. Nunez-Martinez was interviewed by District Adjudications Officer Alan Marsh and passed her exams. (*See* enclosure)

To date, Ms. Nunez-Martinez has not received a notice of decision, swearing-in, or other notice of action.

Please advise USCIS to schedule Ms. Nunez-Martinez for a swearing-in ceremony or issue a decision in the matter.

If we do not hear from you by the end of June 2006, we will be constrained to initiate a Petition for Hearing for Naturalization or *mandamus* action in the U.S. District Court.

If you have any questions, please contact me at 212.419.3771.

Sincerely,

Catholic Charities Community Services

C. Mario Russell
Senior Attorney

Providing Help. Creating Hope.
SERVING: THE BRONX • MANHATTAN • STATEN ISLAND
DUTCHESS • ORANGE • PUTNAM • ROCKLAND • SULLIVAN • ULSTER • WESTCHESTER



DEPARTMENT OF HOMELAND SECURITY
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES
26 FEDERAL PLAZA NEW YORK, N.Y. 10278

## Fingerprint Notification

Mayra NUNEZ MARTINEZ
80 School Street, #3J
Yonkers, NY 10701

Date: June 21, 2004
A Number: A29 061 357
DOB: April 8, 1958

Dear Applicant:

To continue processing your N-400 application, INS must send your fingerprints to the Federal Bureau of Investigation. If you were between the ages of 14 and 75 at the time of filing, you must have your fingerprints taken at an INS Application Support Center (ASC). You have been scheduled to be fingerprinted at the location listed below:

**Address**
US Immigration & Naturalization Service
246 North Ave.
New Rochelle, NY 10801

**Hours of Operation**
Sunday & Monday — Closed
Tuesday – Saturday — 8am - 1pm

Also Closed On Federal Holidays

**You are scheduled to be fingerprinted on JUNE 29, 2004**

If you can not go to the INS ASC on your scheduled day, you may go on any Wednesday after your scheduled day, as long as you have your fingerprints taken within 87 days from the date of this notice. **If you do not have your fingerprints taken within that period, your application or petition may be considered abandoned and denied.** Please do not appear before your scheduled date.

When you go to have your fingerprints taken, you must bring:
1) This Letter; and
2) Your Alien Registration Card (ARC). If you do not have your ARC, you must bring alternative photo identification such as **passport, valid driver's license, national ID, State-issued photo ID**, or other INS-issued photo ID.

Please be reminded that you must bring this letter and proper photo identification mentioned above to have your fingerprints taken, without them the INS ASC will not take your fingerprints. This will delay in the processing of your application.

Please inform the office listed below immediately of any address change.

**U.S. CITIZENSHIP & IMMIGRATION SERVICES (CIS)**
26 Federal Plaza 7TH Floor
New York, NY 10278
Natz. Section



**CATHOLIC CHARITIES**
Archdiocese of New York

*Love in Action*

Catholic Legal Immigration Network, Inc.
c/o Catholic Charities, Archdiocese of New York

January 10, 2001

Mr. Alan Marsh
District Adjudications Officer (DAO 25)
Naturalization Unit
Immigration and Naturalization Service
26 Federal Plaza
New York, NY 10278

Re:   N-400 for Mayra Nunez Martinez; A 29 061 357

Dear DAO Marsh:

I am writing to follow-up with you on the above-referenced matter, in which you conducted a sensitively administered interview on September 18, 2000. As you might recall, Ms. Nunez passed the English and US history and government tests, and you deferred decision on her case pending discussion with supervision. The Form N-652 indicated that a written decision would be forthcoming.

Ms. Nunez's green card expires at the end of June. For this reason we would very much like to conclude this matter as soon as practicably possible so that we may know how to proceed.

Please do not hesitate to contact me at 212.371.1011 x3275 should you have any questions.

Sincerely,

C. Mario Russell, Esq.

DEPARTMENT OF IMMIGRANT AND REFUGEE SERVICES
1011 FIRST AVENUE, NEW YORK, NY 10022-4134   212 371-1011 EXT. 2260   FAX 212 326-0254

Applicant Information Worksheet
Please answer the following questions and give this form back to the guard when you are finished.

What is your name? **NUNEZ** **MARtiNEZ** **MAYRA**
                   Last Name    First Name    Full Middle Name

Resident Address **80 School St Apt 3T**
                 House/Building Number    Street    Apt. Number

**JoNkers** **N.Y** **10701**
City    State    Zip Code

Date of Birth: **4 / 18 / 58**   Social Security Number **109 / 74 / 6/05**

Alien Registration Number **A 29 061 357**

Country of Birth **DR.**    Country of Citizenship **DR**

Have you used any other name(s)? (maiden name, any previous married name, aliases)
**NO**

You need fingerprints for what type of application? (I.e. N-400, I-485, I-246, I-90, I-821, I-589, I-600a, I-881)

Sex: ____ Male   ✓ Female

What is your Race? Check one. (Please choose the most appropriate code)

___ Black (B)   ___ White (W)   ___ Asian or Pacific Island (A)   ___ Asian from India (Sub-Continent) (A)

___ Black Hispanic (B)   ✓ White Hispanic (W)   ___ North American Indian or Alaskan Native (I)

What is your height? **5** Feet **4** Inches

What is your Weight? **260** Lbs. (1 kilogram = 2.2 lbs.)

What is the color or your eyes? (Please check one)
✓ Brown   ___ Green   ___ Blue   ___ Hazel   ___ Gray

What is your hair color? (Please check one)
___ Black   ___ Bald (no hair)   ___ White   ✓ Brown   ___ Red
___ Red     ___ Blonde           ___ Sandy    ___ Gray

U.S. Department of Justice  
Immigration and Naturalization Service

Naturalization Interview Results

A#: 29 061 357

On ___9-18-00___, you were interviewed by INS Officer ___Marsh, A.___

- [x] You passed the test of English and U.S. history and government.
- [ ] You passed the test of U.S. history and government and the English language requirement was waived.
- [ ] The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.
- [ ] You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ / write English.
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.
- [ ] Please follow the instructions on the Form N-14.
- [x] INS will send you a written decision about your application.
- [ ] You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time, it appears that you have established yor eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) __✓__ A decision cannot yet be made about your application.

It is very important that you:
- ✓ Notify INS if you change your address.
- ✓ Come to any scheduled interview.
- ✓ Submit all requested documents.
- ✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
- ✓ Go to any oath ceremony that you are scheduled to attend.
- ✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 1/3/00)y



U. S. Department of Justice
Immigration and Naturalization Service
                                                                        Notice of Naturalization Interview

Naturalization and Citizenship Branch
26 FEDERAL PLAZA NEW YORK, NY 10278
NEW YORK, NY 10278

File or A #   A 29 061 357

Date   06/05/2000

You are hereby notified to appear for an interview on your (your child's) application for naturalization at the DATE, TIME and PLACE, shown below.

Date   07/13/2000

Time   8:40 AM

Place  26 FEDERAL PLAZA 7TH FLOOR (USE NORTH
       NEW YORK, NY 10278
       JAVITS FEDERAL BUILDING
       ROOM NUMBER: 700

You MUST BRING the following with you:

- This letter.
- Alien Registration Card.
- Any evidence of Selective Service Registration.
- Any documents you have which you used in connection with any entries into the United States.
- Those items noted on the reverse side of this letter which are applicable to you.

COPY TO: YOUR CLIENT

EDWARD J. MCELROY

MAYRA NUNEZ MARTINEZ
C/O: SUSAN MARIE BESCHTA
OFFICE FOR IMMIGRANT SERVICES
1011 FIRST AVENUE, 12TH FLOOR
NEW YORK, NY 10022

IMPORTANT — PLEASE SEE REVERSE

Form N-480A (Rev. 5/23/94) Y

U.S. Department of Justice  
Immigration and Naturalization Service

**Notice of Action**

**THE UNITED STATES OF AMERICA**

| | |
|---|---|
| RECEIPT NUMBER<br>EAC-97-182-51161 | CASE TYPE  N400<br>APPLICATION FOR NATURALIZATION |
| RECEIVED DATE<br>April 17, 1997 | PRIORITY DATE | APPLICANT  A29 061 357<br>NUNEZ MARTINEZ, MAYRA M. |
| NOTICE DATE<br>June 25, 1997 | PAGE<br>1 of 1 | |

SUSAN M. BESCHTA  
CATHOLIC CHARITIES ARCH OF NY  
OFFICE FOR IMMIGRANT SERVICES  
1011 FIRST AVENUE 12TH FLOOR  
NEW YORK NY 10022

Notice Type:  Receipt Notice

Amount received: $  95.00

The above application has been received. You will be notified of the date and place of your interview when you have been scheduled at the NEW YORK District Office. The average processing time is approximately 240 to 300 days.

Please notify this office of any changes in your address.

You can fulfill the government and history requirement prior to your naturalization interview by taking the Standardized Citizenship Test approved by INS and offered at many locations in your community for a small fee. The test takes about 30 minutes to complete. You must answer some basic questions on U.S. history and government and write two simple sentences in English.

Passing this test does not exempt you from the oral English language requirement. However, at your naturalization interview with the INS you will be asked to respond in ordinary English only about information on your application.

Call toll-free, 1-800-755-0777 to find out where you can take the Standardized Citizenship Test prior to your interview with the INS.

Please see the additional information on the back. You will be notified separately about any other cases you filed.  
IMMIGRATION & NATURALIZATION SERVICE  
VERMONT SERVICE CENTER  
75 LOWER WELDEN STREET  
SAINT ALBANS VT 05479-0001  
Customer Service Telephone: (802) 527-3160