UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MAYRA NUNEZ MARTINEZ,                       :
                                            :
            Plaintiff,           :    **ECF CASE**
                                            :
   v.                                       :
                                            :    07 Civ. 7346 (GBD)
MICHAEL CHERTOFF, et al.,                   :
                                            :
           Defendants.             :    <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
         October 23, 2007

                                        Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York

                         By:    /s/_____
                                F. JAMES LOPREST, JR.
                                Special Assistant United States Attorney
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Telephone: (212) 637-2728
                                Facsimile: (212) 637-2786
                                Email: james.loprest@usdoj.gov

TO:    C. Mario Russell
         Catholic Charities
         1011 First Avenue, Floor 12
         New York, NY 10022