

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 4th Floor*
*New York, New York 10007*
November 2, 2007

BY TELEFACSIMILE
AND BY HAND

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**
The conference is adjourned to December 4, 2007 at 9:45 a.m.

*George B Daniels*

HON. GEORGE B. DANIELS

NOV 0 5 2007

Re: Nunez Martinez v. Chertoff
07 Civ. 7346 (GBD)

Dear Judge Daniels:

I am writing respectfully to request an adjournment of the initial pretrial conference scheduled in the above-referenced civil action for next Thursday, November 8, 2007, because it conflicts with a previously scheduled oral argument on the Government's motion in another matter before Judge Duffy at that time. I have contacted plaintiff's counsel, Mario Russell, Esq., regarding this adjournment request, but have not yet gotten a response to my telephone voicemail message.

I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____

R. JAMES LOPREST, JR.
Special Assistant United States Attorney
Tel. No.: (212) 637-2728

cc: BY TELECOPIER AND
BY FIRST CLASS MAIL

C. Mario Russell, Esq.
Catholic Charities Community Services
1011 First Avenue
New York, NY 10022