MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:   F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MAYRA NUNEZ MARTINEZ, A29 061 357,    :

        Petitioner,    :     STIPULATION AND ORDER OF
                                            SETTLEMENT AND DISMISSAL
        - v. -    :
                                            07 Civ. 7346 (GBD)
MICHEL CHERTOFF, Secretary    :
of the Department of Homeland Security, et al.,

        Respondents.    :
------------------------------------------------------------x

WHEREAS United States Citizenship and Immigration Services has approved petitioner's naturalization application and scheduled a ceremony for her to be sworn in as a naturalized citizen of the United States;

IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:   New York, New York
         March ___, 2008

By: _____
CATHOLIC CHARITIES COMMUNITY SVCS.
Attorneys for Petitioner

C. MARIO RUSSELL, ESQ.
Immigration Legal Services
1011 First Avenue, 12th Floor
New York, New York 10022
Tel. No.: (212) 419-3771

Dated:   New York, New York
         March 13, 2008

By: _____
MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

SO ORDERED:

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2008vo0259